### 13087.   DURRENCE *v.* THE STATE.

LUKE, J. Upon conflicting evidence the jury were authorized to convict the accused of having violated the prohibition law as charged.

The ground of the motion for a new trial, based upon alleged newly discovered evidence, falls squarely within the rules that where such evidence is merely cumulative and impeaching, and would not likely produce a different result upon another trial, it does not require a new trial. *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 7, 1922.

Accusation of possessing liquor; from city court of Blackshear — Judge Mitchell. October 22, 1921.

*Eldon L. Bowen,* for plaintiff in error.

*S. Thomas Memory, solicitor,* contra.